# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD EVERETT, JR., | : |
|     Plaintiff, | : |
|     v. | : C.A. No. 16-01165-GAM |
| CORPORAL MICHAEL FIORE, | : |
| in his individual capacity, | : |
| CORPORAL FANNING, | : |
| in his individual capacity, | : |
| TROOPER FIRST CLASS JASON AVIOLA, | : |
| in his individual capacity, | : |
| OFFICERS JOHN DOE 1-5, | : |
| in their individual capacities, | : |
|     Defendants. | : |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and through their undersigned counsel, that the above-captioned action is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

| **LAROSA & ASSOCIATES** | **STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE** |
|---|---|
| /s/ *John M. LaRosa*<br>John M. LaRosa, I.D. #4275<br>1225 King Street, Suite 802<br>Wilmington, DE 19801-3246<br>(302) 888-1290<br>Counsel for Plaintiff | /s/ *Michael F. McTaggart*<br>Michael F. McTaggart, I.D. #2682<br>Deputy Attorney General<br>Carvel State Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>Counsel for Defendants Fiore, Fanning, Aviola |

DATE: 03/06/2018

**SO ORDERED,** this _____ day of _____, 2018.

_____
Judge Gerald A. McHugh